No. 03–9579 (03A815). ORBE *v.* TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

APRIL 5, 2004

No. 02–1270. PERLMAN *v.* DEPARTMENT OF JUSTICE. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National Archives and Records Admin.* v. *Favish, ante,* p. 157.

No. 02–5651. OGUAJU *v.* UNITED STATES MARSHALS SERVICE. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National Archives and Records Admin.* v. *Favish, ante,* p. 157.

No. 02–599. ANTHONY ET AL. *v.* FAVISH ET AL. C. A. 9th Cir. The Court reversed the judgment below in *National Archives and Records Admin.* v. *Favish, ante,* p. 157. Therefore, certiorari granted, and case remanded to the Court of Appeals to enter appropriate orders as may be necessary.

No. 03–8716. SIEGEL *v.* ARLINGTON COUNTY DEPARTMENT OF COMMUNITY PLANNING HOUSING AND DEVELOPMENT ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.